UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIERA LEE ANDERSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 2:20-CV-01600-RAJ<br><br><br><br>~~PROPOSED~~ ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including but not limited to the following: the Administrative Law Judge will reevaluate the medical opinions and prior administrative medical findings; as warranted, reevaluate Plaintiff's maximum residual functional capacity; if warranted by the expanded record, obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on Plaintiff's ability to perform other work in the national economy; and offer Plaintiff the opportunity for a hearing, consider the additional evidence submitted, take

Page 1    ~~PROPOSED~~ ORDER - [2:20-CV-01600-RAJ]

any further action needed to complete the administrative record, and issue a new decision.

The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C. § 405(g). The parties agree that reasonable attorney fees and costs will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

DATED this 4th day of August, 2021.

_____
The Honorable Richard A. Jones
United States District Judge